FILED

07/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0289

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0289
_____

ANNETTE M. TRUJILLO,

      Petitioner,

    v.

MONTANA 20th JUDICIAL DISTRICT COURT,
LAKE COUNTY, HON. MOLLY OWEN,
PRESIDING,

      Respondent.

O R D E R

_____

Petitioner Annette Trujillo seeks a writ of supervisory control to reverse the April 8, 2024 Amended Order of the Twentieth Judicial District Court in Lake County Cause No. DV 19-36. The order granted Trujillo's motion to compel discovery in limited part and otherwise denied it. Pursuant to this Court's May 24, 2024 order, Toyota Motor Sales, USA, has filed a response. Now before the Court is the motion of the Montana Chamber of Commerce, the Chamber of Commerce of the United States of America, and the Product Liability Advisory Council, Inc., for leave to file an amicus brief addressing the petition. The motion represents that Petitioner Annette Trujillo has no objection, provided she is given the opportunity to respond.

M. R. App. 14(7)(b) allows this Court to order more extensive briefing upon receipt of a summary response to a petition for supervisory control. The Court will permit the amicus filing and determine upon review of the matter whether to order further briefing.

IT IS THERFORE ORDERED that the motion for leave to file an amicus brief is GRANTED. The Clerk of this Court is directed to file the brief previously lodged.

The Clerk is directed to provide notice of this Order to all counsel of record in Lake County District Court Cause No. DV-19-36, and to the Hon. Molly Owen, presiding District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 9 2024